IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>$21,865.00 IN UNITED STATES CURRENCY; and $20,000.00 IN UNITED STATES CURRENCY,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:19-CV-04515-SDG |

## ORDER

This matter is before the Court upon Plaintiff's Motion to Stay Proceedings pending the outcome of a criminal investigation, which is sufficiently related to the instant forfeiture action and is currently ongoing in the Northern District of Georgia.  The Court having reviewed the pleadings and for good cause shown, Plaintiff's motion is hereby **GRANTED**.

Accordingly, it is hereby **ORDERED** that the above-styled civil forfeiture action be stayed pending the outcome of the criminal investigation and any resulting prosecution.

The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE**[1] this action.

The Parties may move to reopen this action upon resolution of the aforementioned proceedings.

So ordered, this 19th day of October 2020.

_____
STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE

Prepared and presented by:

/s/ Michael J. Brown
Assistant United States Attorney
Ga Bar No.: 064437

---

[1] Administrative closure of a case is a docket control device used by the Court for statistical purposes. This order does not prejudice the rights of the parties to litigation in any manner.